UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, et al.,

v.  4:10 cv 293- WS/WCS

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY
_____/

NOTICE OF FILING SETTLEMENT AGREEMENT

COMES NOW the Defendant, through the below named attorney, and hereby files the settlement agreement resolving all issues between the Plaintiffs and Defendant.

Certificate of Service

On February 29, 2012, a copy of this notice and agreement will be provided via CM-ECF to Marianne Engelman Lado, counsel for Plaintiff.

Respectfully Submitted,

PAMELA C. MARSH
United States Attorney

s/ *Paul Alan Sprowls*

Assistant United States Attorney
Florida Bar 232688
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430