UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, et al.,

v.                                                                                          4:10 cv 293- WS/WCS

UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY
_____/

## SETTLEMENT AGREEMENT

COMES NOW the Parties, through their respective attorneys, and respectfully represent:

1. This was an action brought by Plaintiffs under the Freedom of Information Act to obtain disclosure of the ingredients in the dispersants eligible for use during and after the BP oil spill, among other records.

2. As outlined in the Parties Joint Report, document 42, all issues in this case were resolved except for the issue of attorneys' fees and costs. Plaintiffs agreed not to pursue further litigation on the disclosure of the ingredients in consideration of the Defendant's disclosure of the majority of the requested information and Defendant's agreement to the following with regard to rulemaking:

> In considering the promulgation of a rulemaking to amend Subpart J of the National Contingency Plan, 40 C.F.R. §§ 300.900-300.920 and App. C, Defendant U.S. Environmental Protection Agency (EPA) will consider a provision requiring full public disclosure of all ingredients as a condition to listing a dispersant, surface washing agent, surface collecting agent, miscellaneous oil spill control agent, or mixed product on the National Contingency Plan Product Schedule, as described in the Petition under the Clean Water Act to Establish Toxicity Criteria and Require Toxicity Testing and Public Disclosure of Ingredients for Products on the National Contingency Plan Product Schedule, dated October 13, 2010. EPA will do so notwithstanding any draft or final confidentiality determinations Defendant made in the above-captioned proceeding. EPA agrees that any such determinations will

not preclude consideration of disclosure as a requirement for listing as part of the ongoing Subpart J. revisions.

3. The parties have now reached an agreement on the issues of attorneys' fees and costs.. The United States Environmental Protection Agency will pay to Plaintiffs the sum of $35,805.00 as full settlement of the issue of attorneys fees for all attorneys used by Plaintiffs in this case.

3. In consideration of the payment of $35,805.00, Plaintiffs agree unconditionally to release, hold harmless, and discharge the United States of America, Environmental Protection Agency (EPA) their successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, damages and expenses of whatever kind, other than attorneys fees as provided herein, and wheresoever situated, that might now exist or hereafter exist by reason of or arising from the incidents or circumstances giving rise to the proceedings in this case.

4. Plaintiffs also agree to file an unopposed motion to dismiss this case within ten (10) days of the receipt of the payment.

5. By signing below, the signatories expressly warrant that they have the authority to execute this agreement and bind the Party(ies) upon whose behalf they are executing.

_____  
Marianne L. Engelman Lado  
Attorney for Plaintiffs  

Date: February 8, 2012

_____  
Paul Alan Sprowls  
On Behalf of the EPA  

Date: 23 FEB 12

PAMELA C. MARSH
United States Attorney

*/s/ Paul A. Sprowls*
Paul Alan Sprowls
Assistant United States Attorney
Attorney for Defendants

Date: 23 FEB 12