IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA WILDLIFE FEDERATION AND GULF RESTORATION NETWORK, INC.<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant. | Case No. 4:10-cv-293-WS/WCS |

## UNOPPOSED MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the settlement agreement filed with this Court on February 29, 2012, Plaintiffs in the above-captioned proceeding file this Unopposed Motion to Dismiss their Complaint.

On July 14, 2010, Plaintiffs filed a Complaint for Injunctive Relief to enforce their rights pursuant to the Freedom of Information Act. Specifically, Plaintiffs sought to obtain disclosure of the ingredients in the dispersants eligible for use during and after the Deepwater Horizon spill in the Gulf of Mexico, among other records. In a settlement agreement filed with this Court on February 29, 2012, which resolved all issues between the Plaintiffs and Defendant, Plaintiffs, in consideration for the payment of $35,805.00 as full settlement of attorneys' fees and costs, agreed "unconditionally to release, hold harmless, and discharge the [Defendant,] their successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, damages and expenses of whatever kind, . . . and wheresoever situated, that might now exist or hereafter exist by reason of or arising from the incidents or circumstances giving rise to the proceedings in this case." In the settlement agreement, Plaintiffs also agreed to

file an unopposed motion to dismiss the case within ten days after receiving the sum of $35,805.00 from Defendant for attorneys' fees and costs.

Plaintiffs received payment of attorneys' fees and costs from the Defendant on June 11, 2012. Accordingly, Plaintiffs respectfully request that the Court enter an order dismissing this case.

Respectfully submitted this 25th day of June, 2012.

_____
Marianne L. Engelman Lado
NY Bar No. 2212579
Earthjustice
156 William Street, Suite 800
New York, NY 10038-5326
Phone: (212) 791-1881
Fax: (212) 918-1556
mengelmanlado@earthjustice.org

*Counsel for Plaintiffs*

Monica K. Reimer (FL #0090069)
Florida Bar No. 0090069
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
Phone: (850) 681-0031
Fax: (850) 681-0020
mreimer@earthjustice.org