UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION AND
GULF RESTORATION NETWORK, INC.,

      Plaintiffs,

v.                                          4:10cv293-WS

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

      Defendant.

## ORDER OF DISMISSAL

Before the court is the plaintiffs' motion to dismiss. Doc. 56. The case has been settled, and the motion is unopposed. Accordingly, it is ORDERED:

1. The plaintiffs' motion to dismiss (doc. 56) is GRANTED.

2. The plaintiffs' complaint and this action are hereby DISMISSED.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice.

DONE AND ORDERED this  26th  day of  June , 2012.


                          s/ William Stafford
                          WILLIAM STAFFORD
                          SENIOR UNITED STATES DISTRICT JUDGE